# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER B. VERDUZCO, et al., )<br>)<br>Defendants. )<br>_____ ) | 1: 03-CV F 5479 REC DLB P<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION AS MOTION TO COMPEL RESPONSES TO DISCOVERY AND ORDERING DEFENDANTS TO RESPOND<br>(DOC 53) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On May 9, 2005, Plaintiff filed a document entitled "Motion for Court to Review Plaintiff's First Request for Production of Documents."  Plaintiff requests that the Court review objections by Defendants to his first request for production of documents.  The Court construes this as a motion to compel further response and therefore HEREBY ORDERS Defendants to file a response to the motion within 20 days.

      IT IS SO ORDERED.

**Dated:   May 11, 2005**                                     **/s/ Dennis L. Beck**
3c0hj8                                                                  UNITED STATES MAGISTRATE JUDGE