UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY WILLIAMS, | ) | 1:03-CV-5479 REC DLB P |
| Plaintiff, | ) ) | ORDER GRANTING REQUEST FOR EXTENSION OF DEADLINES |
| v. | ) ) | (DOCUMENT #56) |
| OFFICER B. VERDUZCO, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2005, plaintiff filed a motion to extend the deadlines in this case. The court finds it appropriate to grant extensions of the current deadlines for all parties in this action.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The discovery deadline is extended to August 1, 2005, the deadline to amend the pleadings is extended to September 1, 2005 and the deadline to file pre-trial dispositive motion is extended until October 1, 2005 for all parties in this action.

IT IS SO ORDERED.

**Dated:   July 25, 2005**             /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE