1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  VAN KAMBERIAN, State Bar No. 176665
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 324-3892
8    Fax:  (916) 324-5205

9  Attorneys for Defendants Verduzco, Bicknell,
   Castillo, Heredia and Comstock
10 SA2003103364

11

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14                         FRESNO DIVISION

15

16 **RODNEY WILLIAMS,**            CASE NO. CIV F-03-5479 REC DLB P

17                    Plaintiff,   **ORDER GRANTING DEFENDANTS'
                                   MOTION FOR FILING OF VIDEO**
18      v.                         **RECORDINGS IN SUPPORT OF
                                   MOTION FOR SUMMARY**
19 **OFFICER B. VERDUZCO, et al,** **JUDGMENT**

20                    Defendants.

21

22      The Court, having considered Defendants' motion for permission to file a video

23 recordings in support of Defendants' motion for summary judgment, and good cause having been

24 found:

25 / / /

26 / / /

27 / / /

28 / / /

[Proposed] Order Granting Defendants' Motion for Filing of Video Recording in Support of Motion for Summary Judgement

1

1  **IT IS HEREBY ORDERED**:  that pursuant to Local Rule 5-133(b) the Clerk is
2  directed to accept for filing a three video recordings as exhibits to Defendants' Statement of
3  Undisputed Facts in Support of Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  August 30, 2005                    /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Motion for Filing of Video Recording in Support of Motion for Summary Judgement

3